IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

VERACITY RESOURCING AND
SERVICES, LLC,

       Plaintiff,

v.

INTUIT, INC.,

       Defendant.

Case No. 3:25-cv-10

JUDGE WALTER H. RICE

---

ENTRY OVERRULING AS MOOT PLAINTIFF VERACITY RESOURCING AND SERVICES, LLC'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS (DOC. #12) AND DIRECTING DEFENDANT TO FILE A RESPONSE TO PLAINTIFF'S AMENDED MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS (DOC. #18)

---

This case is before the Court on Plaintiff Veracity Resourcing and Services, LLC's ("Plaintiff") Motion to Compel Arbitration and Stay Proceedings. Doc. #12. Defendant Intuit, Inc. ("Defendant") has filed a response in opposition to the motion. Doc. #16. When preparing their reply brief, Plaintiff discovered that a declaration attached to the original motion had been unintentionally truncated. To remedy the mistake, Plaintiff filed an Amended Motion to Compel Arbitration and Stay Proceedings. Doc. #18. It appears to this Court that the motion itself and the arguments contained therein are identical to the original motion, with the only difference being the full declaration attached as Exhibit A.

Because Plaintiff has amended their original motion, the original Motion to Compel Arbitration and Stay Proceedings (Doc. #12) is OVERRULED AS MOOT.[1] Given the expanded Declaration attached to the amended motion, the Court will permit Defendant to alter the response brief in any way deemed necessary, but directs Defendant to file a response no later than 21 days after the entry of this order.

Date: April 30, 2025

*Walter H. Rice*

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

---

[1] Defendant's responsive briefing was filed in opposition to Plaintiff's original motion. Should Defendant decide that the response does not need to be altered in light of the full declaration, Defendant must still refile the response in opposition to the amended motion.